

# Fourth Court of Appeals
## San Antonio, Texas

March 19, 2020

No. 04-20-00019-CV

**IN THE INTEREST OF L.M.S.,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI06224
Honorable Cathleen M. Stryker, Judge Presiding

## O R D E R

On January 10, 2020, appellant filed a motion for extension of time to file her notice of appeal. On February 12, 2020, the district clerk filed a notification of late record, stating that the clerk's record was not filed because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and was not entitled to appeal without paying the fee. On February 13, 2020, we ordered appellant to provide written proof by February 24, 2020 that either (1) the clerk's fee had been paid or arrangements had been made to pay the fee; or (2) appellant was entitled to appeal without paying the fee. We also cautioned appellant that if she did not timely respond, we would dismiss her appeal for want of prosecution.

Appellant did not respond to our February 13, 2020 order, and on March 11, 2020, we dismissed this appeal for want of prosecution. We therefore **DENY** appellant's motion for extension of time to file her notice of appeal as moot.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court